[No. 74107-1-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER ALEJANDRO MACIAS-CAMPOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-00825-7, Catherine D. Shaffer, J., entered October 2, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.

[No. 74122-5-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO CONRAD OTERO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02040-1, Carol A. Schapira, J., entered September 15, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.

[No. 74123-3-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. O'KEITH MCGILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-00775-7, Ronald Kessler, J., entered September 18, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.

[No. 74124-1-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL HENRY RAMM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02669-9, Timothy A. Bradshaw, J., entered October 9, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Trickey, J.